UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE AGUAIZA, individually and on behalf of all
employees similarly situated,

                      Plaintiffs,

-against-

MELVA CONSTRUCTION CORP. and CHRISTOS
BATALIAS,

                      Defendants.
---------------------------------------------------------------X

Docket No.:
1:18-cv-00507 (ILG) (SJB)

**DISMISSAL WITH PREJUDICE
F.R. Civ. P. 41**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements to any party; however, if Defendants fail to make timely payment under the Settlement Agreement and Release, Plaintiffs shall be entitled to vacate this Dismissal and restore the action to active status upon application made within 45 days hereof; and

        IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as an original.

Dated:  September 27, 2018

MORRISON-TENENBAUM PLLC

By: _____
      Lawrence F. Morrison
      Robert L. Kraselnik
*Attorneys for Plaintiff*
87 Walker Street, Floor 2
New York, New York 10013

FARRELL FRITZ, P.C.

By: _____
      Domenique Camacho Moran
      Irene A. Zoupaniotis
*Attorneys for Defendants*
400 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 227-0700

**SO ORDERED:**

Dated: _____, 2018
      **Brooklyn, New York**

FF:7758909.1